```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11887
   CLINTON E BURNS
   HOPE A LEHMAN-BURNS                    CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-4132    SSN XXX-XX-9878

--------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/03/07 .

   2.  The case was dismissed without confirmation, 08/24/2007.

--------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
--------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00          .00
PRINCIPAL PAID         .00         .00         .00         .00          .00
INTEREST PAID          .00         .00         .00         .00          .00
TOTAL PAID             .00         .00         .00         .00          .00
The Debtor's attorney, HAROLD M SAALFELD           , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $      .00 .




       Dated: 11/16/07              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 11887 CLINTON E BURNS & HOPE A LEHMAN-BURNS
```